[No. 1732–3.   Division Three.   April 1, 1977.]

FRED CITI, ET AL, *Appellants*, v. ROBERT K.
MILLARD, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Ferry
County, No. 5064, B. E. Kohls, J., entered March 19, 1975.
*Affirmed* by unpublished opinion per Munson, C.J., con-
curred in by Green and McInturff, JJ.

[No. 2232–3.   Division Three.   April 4, 1977.]

*In the Matter of the Personal Restraint of*
EDWARD MELFORT, JR., *Petitioner*.

Appeal from a judgment of the Superior Court for
Yakima County, Nos. 18962, 18990, Howard Hettinger, J.,
entered January 29, 1975. *Denied* by unpublished per
curiam opinion.

[No. 3604–1.   Division One.   April 4, 1977.]

JOHN L. BACKUS, *Appellant*, v. BURRELL
BREDBERG, ET AL, *Respondents*.

Appeal from judgments of the Superior Court for King
County, No. 751875, Charles R. Denney, J. Pro Tem.,
entered January 21, 1975. *Affirmed* by unpublished opinion
per Williams, J., concurred in by Swanson and Callow, JJ.